**STATE of Missouri, Respondent,**

v.

**George BRITTON, Jr., Appellant.**

**No. WD 50357.**

Missouri Court of Appeals,
Western District.

Sept. 5, 1995.

Rehearing Denied Oct. 31, 1995.

Kimberley Kellogg, Leawood, Kan., for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

**ORDER**

PER CURIAM:

George Britton appeals his conviction of one count of first degree robbery, *section 569.020, RSMo 1994,* and one count of armed criminal action, *section 571.015 RSMo 1994,* after a jury trial. Mr. Britton was sentenced to 10 years and 3 years incarceration, respectively, the sentences to run concurrently. This court finds no precedential value in publishing a written opinion, and the convictions and sentences are affirmed by summary order. A memorandum opinion is provided to the parties.

Affirmed. Rule 30.25(b).